

Department of the Treasury
Internal Revenue Service
Philadelphia, PA 19154

For assistance, call:
1-800-829-8374

**Notice Number:** CP21B
**Date:** June 22, 2009

**Taxpayer Identification Number:**
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
**Tax Form:** CVL PEN
**Tax Year:** December 31, 2004

052935.617392.0285.007 1 AT 0.357 595

| Amount of Refund |
|---|
| $11,816.73 |

SAMUEL R CONGDON
%A JAMES LYNN
6820 WALLING LN
DALLAS TX 75231-7204

2935

**This is not a bill**

## We Changed Your Account

*We will explain why you received this notice, how we changed your account, how this change affects you, and actions you may wish to take.*

## Why You Received This Notice

We changed the civil penalty amount that we previously charged.

Our action is the result of your inquiry of June 23, 2008.

## How We Changed Your Account

We changed your account as follows:

| | |
|---|---|
| Account balance before this change | None |
| We changed the civil penalty amount that we charged for Failure to File Form 5471 and/or Form 8865 | $10,000.00 CR |
| Decrease in interest previously charged* | $1,816.73 CR |
| **Amount to be refunded to you** (if you owe no other taxes or other debts we are required to collect) | $11,816.73 |

*If you claimed a tax deduction for this interest, remember to report it as income on your next tax return.

## How This Affects You

You may have already received your refund by direct deposit or mail. If not, you can expect it in approximately 2 weeks. Your refund will include interest if applicable. We will notify you if any pending matters postpone your refund.



EXHIBIT E