**Receipt for Payment**      Receipt No: 8-2-0000101

# United States District Court

for the

Eastern District of Texas at Plano

Date: **Wednesday, June 24, 2009**

Received from:

**A. James Lynn, JD, CPA**

**6820 Walling Ln.**

**Dallas, TX 75231-7204**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 510000 | $190.00 |
| 086900 | $60.00 |
| 086400 | $100.00 |
| **Total** | **$350.00** |

Payment method: **Check**

Case or other reference: **4:09cv289 Congdon v USA**

Comments: **Chk# 6260 New Civil Case**

Received by: **cm**